UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:09-bk-05808-PMG
Chapter 7

Joseph A Allen Jr
2755 Indigo Hills Court
Jacksonville, FL 32221

Glenda Renie Allen
aka   Glenda Renee Allen
dba   GA Maintenance Service Group, Inc.
fdba  GA Janitorial Cleaning Services, Inc.
fdba  GA Maintenance Services, LLC
2755 Indigo Hills Court
Jacksonville, FL 32221
_____Debtor(s)_____/

## ORDER STRIKING NAME FROM STYLE OF PETITION

    THIS CASE came on for consideration, upon the Court's own motion, for the purpose of entering an appropriate order. The Bankruptcy Code does not authorize joint petitions for more than one entity other than in the case of a debtor and spouse filing a joint case under Bankruptcy Code Section 302. The voluntary petition filed by the above debtor(s) improperly included the name(s) of GA Janitorial Cleaning Services, Inc., GA Maintenance Services, LLC, and GA Maintenance Service Group, Inc. , a corporation or partnership . Accordingly it is

    ORDERED:

    1. The name(s) of GA Janitorial Cleaning Services, Inc., GA Maintenance Services, LLC, and GA Maintenance Service Group, Inc. be, and hereby are stricken and removed from the style of the case.

    2. The correct style of the above-captioned case shall be amended to read as follows:
Joseph A. Allen, Jr., Debtor, and Glenda Renie Allen, Joint Debtor

    3. The Clerk of the Court is directed to omit the "stricken" name(s) from the style of this case in any future notices to creditors or other parties in interest.

Dated July 16, 2009.

Paul M. Glenn
Chief United States Bankruptcy Judge

Copies To:
All Interested Parties