**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                        CASE NO. 09-5808-PMG

JOSEPH A. ALLEN, JR. and            CHAPTER 7
GLENDA RENIE ALLEN a/k/a
GLENDA RENEE ALLEN,

        Debtors.
_____/

## ORDER EXTENDING TIME FOR FILING NONDISCHARGEABILITY COMPLAINT AND EXTENDING TIME TO FILE REAFFIRMATION AGREEMENT AS BETWEEN FLORIDA TELCO CREDIT UNION AND GLENDA R. ALLEN

FLORIDA TELCO CREDIT UNION, a Creditor, by and through its counsel, having filed a joint motion for an Order extending the time in which applicant may file a complaint to determine under 11 U.S.C. Section 523 as to the dischargeability of the debt owed by Debtor, Glenda Allen to Creditor, and it appearing to the satisfaction of the Court that cause exists for extension of such time:

IT IS ORDERED, that the Motion is granted, and the time in which Creditor, FLORIDA TELCO CREDIT UNION may file a complaint under 11 U.S.C. Section 523 as to the dischargeability of said debt owed by Glenda Allen is extended up to and including 75 days from the date a reaffirmation agreement between the parties is filed with the Court, or until 30 days after a discharge is entered in this case; whichever occurs later.

IT IS FURTHER ORDERED that Creditor shall have 30 days from the date of entry of this Order to file a reaffirmation agreement with the Court and the Clerk is directed to hold in abeyance the entry of any discharge in this case until 30 days after the date of this Order.

DONE AND ORDERED this 3 day of November, 2009.

PAUL M. GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

Copies furnished to:

Veronica Anderson, Esq., Attorney for Debtor at 805 S. Kirkman Rd., Ste. 204, Orlando, FL 32811, (usual place of business)
Glenda Allen, Debtor at 2755 Indigo Hills Court, Jacksonville, FL 32221 (usual place of abode)
Aaron R. Cohen, Trustee, at P.O. Box 4218, Jacksonville, FL 32201-4218 (usual place of business)
Chad D. Heckman, Esq., Attorney for Creditor, P.O. Box 4128, Tallahassee, FL 32315-4128